IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEBORAH TAYLOR,

    Plaintiff,

v.

RANGE RESOURCES-APPALACHIA, LLC,

    Defendant.

No. 10-cv-01319

Chief Judge Lancaster

**ORDER OF COURT**

AND NOW, this 26th day of April, 2011, based upon the stipulation of the parties, and the Court having been advised that this matter has been resolved, it is hereby ORDERED that the above civil action is DISMISSED with prejudice, each party to bear their fees, costs and expenses, as more fully set forth in their executed Settlement Agreement and Release.

_____